# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERLE MCCAN,**

        **Plaintiff,**

**-vs-**                                                        Case No. 6:11-cv-709-Orl-31DAB

**ELECTRONIC ARTS-TIBURON,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Joint Motion to Approve Settlement (Doc. No. 21) filed August 29, 2011.

On September 26, 2011, the United States Magistrate Judge issued a report (Doc. No. 24) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion to Approve Settlement is GRANTED and the Settlement Agreement is approved.

3. This case is DISMISSED, with prejudice. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 27th day of September, 2011.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party

GREGORY A. PRESNELL  
UNITED STATES DISTRICT JUDGE